```
 1  STEVEN A. LAMON, SBN 124853
    SEAN C. ADAMS, SBN 280372
 2  MURPHY AUSTIN ADAMS SCHOENFELD LLP
    555 Capitol Mall, Suite 850
 3  Sacramento, California  95814
    Telephone:    (916) 446-2300
 4  Facsimile:    (916) 503-4000
    Email:        slamon@murphyaustin.com
 5  Email:        sadams@murphyaustin.com

 6  Attorneys for Plaintiff/Cross-Defendant
    HAYKINGDOM, INC.
 7
```

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HAYKINGDOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> KDY INTERNATIONAL, INC. and DOES 1-10, <br><br> Defendants. | Case No.  2:15-cv-01596-TLN-KJN <br><br> **STIPULATION TO EXTEND TIME TO RESPONSE TO CROSS-COMPLAINT** |
| KDY INTERNATIONAL, INC., <br><br> Cross-Complainant, <br><br> v. <br><br> HAYKINGDOM, INC., <br><br> Cross-Defendant. | |

Plaintiff/Cross-Defendant Haykingdom, Inc. ("Haykingdom") and Defendant/Cross-Complainant KDY International, Inc. ("KDY"), by and through their attorneys of record in this case, hereby stipulate and agree that:

WHEREAS, Haykingdom filed the instant action in the Superior Court of California, County of Yolo under Case No. CV15-753 on May 28, 2015 ("Action");

1  WHEREAS, on July 23, 2015 KDY removed the Action to the United States District
2  Court, Eastern District of California-Sacramento Division (Case No. 2:15-cv-01596);

3  WHEREAS, on July 30, 2015, KDY filed a Counter-Claim (i.e., Cross-
4  Complaint) and Haykingdom's responsive pleading is presently due on August 17, 2015;

5  WHEREAS, upon preliminary assessment of the matter, the Parties have determined
6  that both Haykingdom and KDY will benefit from an additional factual investigation of the
7  matter;

8  WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern
9  District of California provides that the Parties may stipulate to extend the time for responding
10 to a complaint without leave of Court so long as all parties affected by the extension consent
11 and the extension is no longer than 28 days;

12 IT IS HEREBY STIPULATED by and between Haykingdom, on the one hand, and
13 KDY, on the other, through their respective counsel of record herein, that Haykingdom may
14 have an extension of time to answer, move, or otherwise respond to KDY's Counter-Claim (i.e.
15 Cross-Complaint) to and including September 4, 2015.

16 This extension of time will not alter the date of any event or deadline already fixed by
17 Court order.

18 IT IS SO STIPULATED.

19 Dated: August __12__, 2015            MURPHY AUSTIN ADAMS SCHOENFELD LLP

21                                       By:   */s/ Steven A. Lamon*
22                                             STEVEN A. LAMON
                                               SEAN C. ADAMS
23                                             Attorneys for HAYKINGDOM, INC.

24 Dated: August __12__, 2015            LAW OFFICE OF ADAM WANG

26                                       By:   */s/ Adam Wang*
                                               ADAM WANG
27                                             Attorneys for KDY International, Inc.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

ORDER

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows: Haykingdom's deadline to file a responsive pleading to KDY's Counter-Claim (i.e. Cross-Complaint) shall be extended to September 4, 2015.

IT IS SO ORDERED.

Dated: August 18, 2015

_____
Troy L. Nunley
United States District Judge